**FILED**
9/25/2024

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      KG
Deputy

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | § | **Case No: 7:24-CR-00182** |
| | § | |
| **Plaintiff,** | § | **I N D I C T M E N T** |
| | § | |
| **v.** | § | **CT 1:** 18 U.S.C. § 1546(a) - |
| | § | Fraud and Misuse of Visas, |
| **ELEAZER KASSHOGGI MUJICA-ROJAS,** | § | Permits, and Other Documents |
| **also known as (a.k.a.): La Fresa,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

THE GRAND JURY CHARGES:

## COUNT ONE

Beginning on or about August 8, 2023 and continuing to September 1, 2024 in the

Western District of Texas, and elsewhere, the defendant,

### ELEAZER KASSHOGGI MUJICA-ROJAS,
### a.k.a.: La Fresa,

did obtain, accept and receive a document prescribed by statute and regulation for entry into and

as evidence of authorized stay and employment in the United States, namely: an employment

authorization card, knowing it to have been procured by means of a false claim or statement,

procured by fraud, and unlawfully obtained, in violation of Title 18, United States Code, Section

1546(a).

A TRUE BILL.

███████████████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
United States Attorney

By: _____
    Brandi Young
    Assistant United States Attorney